Jeffrey A. Milman SBN 99072
Jessica L. Wilber SBN 260548
HODES MILMAN, LLP
9210 Irvine Center Drive
Irvine, CA 92618
Telephone (949) 640-8222

John J. Cord, Jr.
Robert K. Jenner
**JANET, JENNER & SUGGS, LLC**
1829 Reisterstown Road; Suite 320
Baltimore, Maryland  21208
(410) 653-3200

Greg L. Laker
Jeff S. Gibson
Elizabeth J. Doepken
**COHEN AND MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BUTLER,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>STRYKER CORPORATION; STRYKER SALES CORPORATION; and DOES 1-100, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:09-cv-02255-WBS-EFB<br><br><br>ORDER CONTINUING STATUS CONFERECE<br><br>[*Filed concurrently with Joint Stipulation*] |

/ / /

/ / /

1

_____
JOINT STIPULATION TO CONTINUE STATUS CONFERENCE

1  IT IS HEREBY STIPULATED by all parties that the status conference currently set
2 for January 11, 2010 at 2:00 p.m. in Department 5 of the above captioned court, be
3 continued until March 8, 2010 at 2:00 p.m. The parties will submit a joint status report at
4 least two weeks prior to the new status conference date.

6 Dated: January 5, 2010                    HODES MILMAN, LLP

8                                            By: _____
                                                Jeffrey A. Milman
                                                Jessica L. Wilber

10                                              John J. Cord, Jr.
                                                Robert K. Jenner
11                                              **JANET, JENNER & SUGGS, LLC**
                                                1829 Reisterstown Road; Suite 320
12                                              Baltimore, Maryland  21208
                                                (410) 653-3200
13
                                                Greg L. Laker
14                                              Jeff S. Gibson
15                                              Elizabeth J. Doepken
                                                **COHEN AND MALAD, LLP**
16                                              One Indiana Square, Suite 1400
                                                Indianapolis, Indiana 46204
17                                              (317) 636-6481
                                                *Attorneys for Plaintiffs*
18

20 Dated: January 5, 2010                    SEDGWICK, DETERT, MORAN &
                                            ARNOLD, LLP

23                                            By:_____
                                                RALPH A. CAMPILLO
24                                              WAYNE WOLFF
                                                ARAMEH ZARGHAM
25                                              Attorney for Defendants

26 IT IS SO ORDERED.

27 January 5, 2010                          *[signature]*
                                            WILLIAM B. SHUBB
28                                          UNITED STATES DISTRICT JUDGE

2
_____
JOINT STIPULATION TO CONTINUE STATUS CONFERENCE