```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| MATTHEW BUTLER, | Case No. 2:09-CV-02255 WBS-EFB |
| Plaintiff, | |
| | **RELATED CASE ORDER** |
| v. | |
| STRYKER CORPORATION; STRYKER SALES CORPORATION; and DOES 1-100, inclusive, | |
| Defendants. | |
| TERRI LYNN TODD, | |
| Plaintiff, | Case No. 2:09-CV-01509 JAM-GGH |
| v. | |
| STRYKER CORPORATION, et al. | |
| Defendants. | |
| ADAM PHILLIPPI, | |
| Plaintiff, | Case No. 2:08-CV-02445 JAM-GGH |
| v. | |
| STRYKER CORPORATION, et al., | |
| Defendants. | |
| JULIE M. COMBS AND STEVEN COMBS, | |
| Plaintiffs, | Case No. 2:09-CV-02018 JAM-GGH |
| v. | |
| STRYKER CORPORATION, et al., | |
| Defendants. | |

1

PDF created with pdfFactory trial version www.pdffactory.com

1 | Examination of the above-entitled actions reveals that these
2 | actions are related within the meaning of Local Rule 83-123 (E.D.
3 | Cal. 2005). Accordingly, the assignment of the matters to the same
4 | judge and magistrate judge is likely to affect a substantial
5 | savings of judicial effort and is also likely to be convenient for
6 | the parties.
7 |     The parties should be aware that relating the cases under
8 | Local Rule 83-123 merely has the result that these actions are
9 | assigned to the same judge and magistrate judge; no consolidation
10 | of the actions is effected.  Under the regular practice of this
11 | court, related cases are generally assigned to the judge and
12 | magistrate judge to whom the first filed action was assigned.
13 |     IT IS THEREFORE ORDERED that the action denominated 2:09-CV-
14 | 02255-WBS-EFB be reassigned to Judge John A. Mendez and Magistrate
15 | Judge Gregory G. Hollows for all further proceedings, and any dates
16 | currently set in this reassigned case _only_ are hereby VACATED.
17 | Henceforth, the caption on documents filed in the reassigned cases
18 | shall be shown as 2:09-CV-02255-JAM-GGH.
19 |     IT IS FURTHER ORDERED that the Clerk of the Court make
20 | appropriate adjustment in the assignment of civil cases to
21 | compensate for this reassignment.
22 |     IT IS SO ORDERED.
23 | Dated:  January 7, 2010.          /s/ John A. Mendez_____
                                      JOHN A. MENDEZ
24 |                                   United States District Judge

2

PDF created with pdfFactory trial version www.pdffactory.com