Jeffrey A. Milman SBN 99072
Jessica L. Wilber SBN 260548
HODES MILMAN, LLP
9210 Irvine Center Drive
Irvine, CA 92618
Telephone (949) 640-8222

John J. Cord, Jr.
Robert K. Jenner
**JANET, JENNER & SUGGS, LLC**
1829 Reisterstown Road; Suite 320
Baltimore, Maryland 21208
(410) 653-3200

Greg L. Laker
Jeff S. Gibson
Elizabeth J. Doepken
**COHEN AND MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BUTLER,<br><br>Plaintiffs,<br><br>vs.<br><br>STRYKER CORPORATION; STRYKER SALES CORPORATION; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:09-cv-02255-JAM-GGH<br><br>ORDER REGARDING PLAINTIFF'S CLAIMS FOR MENTAL HEALTH DAMAGES<br><br>[*Filed concurrently with Joint Stipulation*] |

/ / /

/ / /



PDF created with pdfFactory trial version www.pdffactory.com

Upon consideration of the stipulation and for good cause appearing, IT IS HEREBY ORDERED:

1) That Plaintiff MATTHEW BUTLER's claims for mental or emotional damages and/or mental or emotional injuries other than the damages and/or injuries that would normally be associated with the physical injuries claimed herein are DISMISSED.

Dated: November 9, 2010

/s/ John A. Mendez

JUDGE OF THE DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

2

(PROPOSED) ORDER RE PLAINTIFF'S CLAIMS FOR MENTAL HEALTH DAMAGES

PDF created with pdfFactory trial version www.pdffactory.com