RALPH A. CAMPILLO (State Bar No.070376)
ralph.campillo@sedgwicklaw.com
ARAMEH ZARGHAM (State Bar No.239495)
arameh.zargham@sedgwicklaw.com
SEDGWICK LLP
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:    213.426.6900
Facsimile:    213.426.6921

WAYNE A. WOLFF (State Bar No.161351)
wayne.wolff@sedgwicklaw.com
DAVID D. MESA (State Bar No. 257488)
david.mesa@sedgwicklaw.com
SEDGWICK LLP
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA  94105-1101
Telephone:    415.781.7900
Facsimile:    415.781.2635

Attorneys for Defendants
STRYKER CORPORATION and
STRYKER SALES CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW BUTLER,<br><br>        Plaintiff,<br><br>    v.<br><br>STRYKER CORPORATION; STRYKER SALES CORPORATION; and DOES 1 - 100, Inclusive,<br><br>        Defendants. | Case No. 2:09-cv-02255 JAM GGH<br><br>STIPULATION AND ORDER REGARDING EXPERT DISCOVERY AND AMENDING THE SCHEDULING ORDER |

Plaintiff MATTHEW BUTLER and defendants STRYKER CORPORATION and STRYKER SALES CORPORATION, through their counsel of record, herein stipulate and agree to the following modification to this Court's Scheduling Order of February 5, 2010, to extend the time for completion of discovery as set forth below.  All other Scheduling Order dates remain the

1

STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY

SF/2140902v1
PDF created with pdfFactory trial version www.pdffactory.com

same. The parties have agreed to this slight modification of the Scheduling Order after meeting and conferring, and to accommodate the schedules of the parties' counsel and experts.

The parties have therefore agreed to the following modified dates:

1. Plaintiffs' Expert Disclosures: May 6, 2011
2. Defendants' Expert Disclosures: June 8, 2011
3. Disclosure of Rebuttal Experts: July 11, 2011

DATED: April 13, 2011     SEDGWICK LLP

By: _____
Ralph A. Campillo
Wayne A. Wolff
Arameh Zargham
David D. Mesa
Attorneys for Defendants
STRYKER CORPORATION and STRYLER SALES CORPORATION

DATED: April 13, 2011     HODES MILMAN, LLP

By: _____
Jeffrey A. Milman, Esq.
Jessica L. Wilber, Esq.
Attorneys for Plaintiff
MATTHEW BUTLER

**IT IS SO ORDERED.**

Dated:  4/13/2011          /s/ John A. Mendez
                           UNITED STATES DISTRICT JUDGE

2
STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY

SF/2140902v1
PDF created with pdfFactory trial version www.pdffactory.com