RALPH A. CAMPILLO (State Bar No.070376)
ralph.campillo@sedgwicklaw.com
ARAMEH ZARGHAM (State Bar No.239495)
arameh.zargham@sedgwicklaw.com
SEDGWICK LLP
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:    213.426.6900
Facsimile:    213.426.6921

WAYNE A. WOLFF (State Bar No.161351)
wayne.wolff@sedgwicklaw.com
DAVID D. MESA (State Bar No. 257488)
david.mesa@sedgwicklaw.com
SEDGWICK LLP
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA  94105-1101
Telephone:    415.781.7900
Facsimile:    415.781.2635

Attorneys for Defendants
STRYKER CORPORATION and
STRYKER SALES CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW BUTLER,<br><br>             Plaintiff,<br><br>        v.<br><br>STRYKER CORPORATION; STRYKER SALES CORPORATION; and DOES 1 - 100, Inclusive,<br><br>             Defendants. | Case No. 2:09-cv-02255 JAM GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff MATTHEW BUTLER and defendants STRYKER CORPORATION and STRYKER SALES CORPORATION, through their counsel of record, that they are authorized to enter into this stipulation and that pursuant to the provisions of Federal Rule of Civil Procedure 41, the above-

1
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

captioned case be dismissed "with prejudice" in its entirety as to all defendants.

DATED: August 10, 2011          SEDGWICK LLP


                                By:/s/ Wayne A. Wolff_____
                                    Ralph A. Campillo
                                    Wayne A. Wolff
                                    Arameh Zargham
                                    David D. Mesa
                                    Attorneys for Defendants
                                    STRYKER CORPORATION and STRYLER SALES
                                    CORPORATION


DATED: August 10, 2011          HODES MILMAN, LLP


                                By: /s/ Jeffrey A. Milman_____
                                    Jeffrey A. Milman, Esq.
                                    Jessica L.Wilber, Esq.
                                    Attorneys for Plaintiff
                                    MATTHEW BUTLER


**IT IS SO ORDERED.**

Dated: 8/10/2011                /s/ John A. Mendez_____
                                UNITED STATES DISTRICT COURT JUDGE

2
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

SF/2306645v1
PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2011, I electronically transmitted the preceding document to the Clerk's office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

Executed on August 10, 2011, at San Francisco, California.

/s/ *Trish Marwedel*
Trish Marwedel
Sedgwick LLP
Email: trish.stevens-marwedel@sedgwicklaw.com

PDF created with pdfFactory trial version www.pdffactory.com